(June 17, 1987)

■ In the Matter of Louis C. Theodore, Appellant, v Carl D. Berry, as Superintendent of Woodbourne Correctional Facility, Respondent.—Motion for permission to proceed as a poor person and for assignment of counsel on appeal from an order which denied a motion for reargument. Motion denied, without costs. No appeal lies from the denial of a motion for reargument. Mahoney, P. J., Main, Weiss, Mikoll and Levine, JJ., concur.